UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON AGUILAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BILL FERGUSON, et al.,<br><br>　　　　　Defendants. | Case No.: 3:25-cv-00512-MMD-CSD<br><br>**ORDER**<br><br>**(ECF Nos. 4, 5)** |

　　　　Plaintiff Cameron Aguilar brings this civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while housed at Mineral County Detention Facility. (ECF No. 1-1). On October 2, 2025, this Court ordered Plaintiff to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* by December 1st. (ECF No. 3). On October 16th, Plaintiff moved the Court to subpoena his financial documents from jail officials, arguing that a jail employee took his commissary receipts after he asked for his financial documents, and he has been told that he cannot have his financial documents without a court order. (ECF Nos. 4, 5).

I.　　**DISCUSSION**

　　　　Under 28 U.S.C. § 1915(a)(2) and Nevada Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the action without prepaying the full $405 filing fee. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3), (2) a <u>**Financial Certificate**</u> properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the <u>**inmate's prison or jail trust fund account statement for the previous six-month period**</u>.

　　　　If Plaintiff is having difficulty obtaining the required financial certificate and inmate account statement for the previous six-month period from jail officials, then Plaintiff must

file the first three pages of the application to proceed *in forma pauperis* on this Court's approved form together with a declaration[1] detailing when he requested the financial documents, who he spoke to about the status of the documents, who he followed up with after he did not receive the documents, and their responses. Plaintiff's declaration will include dates of his requests, dates of his follow-up requests, names of the officials that he spoke to about the matter, and their responses. If Plaintiff's declaration demonstrates that he has done all that was possible to acquire his financial documents from jail officials, the Court will consider his application to proceed *in forma pauperis* to be complete.[2]

## II.   CONCLUSION

It is therefore ordered that the motion for subpoena and postcard for similar relief (ECF Nos. 4, 5) are denied.

It is further ordered that Plaintiff has **until December 1, 2025**, to either pay the full $405 filing fee for a civil action or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application to proceed *in forma pauperis* with the inmates two signatures on page 3, (2) a financial certificate that is properly signed both by the inmate and jail official, and (3) a copy of the inmate's jail trust fund account statement for the previous six month period.

Alternatively, if Plaintiff is not able to obtain his financial certificate and inmate trust fund account statement from jail officials, it is further ordered that Plaintiff has **until December 1, 2025**, to file the first three pages of the application to proceed *in forma pauperis* on the Court's approved form together with a declaration detailing the efforts that he took to acquire his financial documents from jail officials.

---

[1] A declaration is sufficient if is signed and dated by Plaintiff and includes language stating under penalty of perjury under the laws of the United States of America that the statements made in the declaration are true and correct. *See* 28 U.S.C. § 1746.

[2] Plaintiff must still submit the first three pages of the application to proceed *in forma pauperis* on this Court's approved form with his declaration. If Plaintiff does not submit the first three pages of the application to proceed *in forma pauperis* with the declaration, then the Court will recommend dismissal of this case without prejudice.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. Dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can either pay the filing fee or properly apply for *in forma pauperis* status.

The Clerk of the Court is directed to resend Plaintiff Cameron Aguilar the approved form application to proceed *in forma pauperis* for an inmate with instructions and to retain the complaint (ECF No. 1-1) but not file it at this time.

DATED: October 20, 2025

_____
UNITED STATES MAGISTRATE JUDGE