UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON AGUILAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BILL FERGUSON, et al.,<br><br>　　　　Defendants. | Case No.: 3:25-cv-00512-MMD-CSD<br><br>**ORDER** |

　　　This Court ordered Plaintiff Cameron Aguilar to either pay the full $405 filing fee or file a complete application to proceed *in forma pauperis* by December 1, 2025. (ECF No. 6). If Plaintiff was not able to obtain his required financial documents from jail officials, the Court granted him leave to alternatively file the first three pages of the *in forma pauperis* application along with a declaration detailing the efforts that he took to acquire those documents from jail officials. (*Id.*) Plaintiff timely responded by filing the first three pages of the *in forma pauperis* application, an unsigned financial certificate, his inmate account statement for the previous six-month period, and a declaration explaining that jail officials refused to complete and sign his financial certificate. (ECF Nos. 7, 8).

　　　Good cause appearing, it is hereby ordered that Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 7, 8) is considered complete. Plaintiff is advised that the Court will decide whether to grant him *in forma pauperis* status and screen his civil-rights complaint (ECF No. 1-1) in the ordinary course.

　　　DATED: November 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE